[DO NOT PUBLISH]


IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-10365
Non-Argument Calendar
_____

D.C. Docket No. 8:13-cr-00363-JSM-AEP-1


UNITED STATES OF AMERICA,

                                                        Plaintiff-Appellee,

versus

ALAIN CEBALLOS-RODRIGUEZ,

                                                        Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(December 17, 2014)

Before TJOFLAT, JILL PRYOR and BLACK, Circuit Judges.

PER CURIAM:

Victor D. Martinez, appointed counsel for Alain Ceballos-Rodriguez ("Ceballos") in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Ceballos's convictions and sentences are **AFFIRMED**.